Charles L. Munnich and Another, Respondents, v. Max Jaffe and Others, Appellants.— Motion granted, order of reversal resettled. and order signed. Present— Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Martin Casey, Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

Alva Collins, Respondent, v. Mary C. Sweeney, Appellant, and Edward J. Sweeney, Defendant.— Order affirmed, with ten dollars costs and disbursements, upon the ground that the sufficiency of the complaint cannot be raised upon a motion to vacate a judgment entered by default. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Evander Conway, Respondent, v. George Naylor, Jr., and John Naylor, Copartners, etc., Appellants.— Judgment and order reversed and new trial granted, costs to abide the event. The evidence clearly shows plaintiff to have been negligent. He himself set up the collar with the projecting set-screws and connected the shafting, erected the platform on which he stood, and decided how high he would build it. He was fully aware of the dangers from these revolving screws catching his clothing. He was not relieved from taking care because told to have the job finished that day. In order to measure the space above this collar plaintiff admits standing about a foot from this shafting. He was free to determine for himself his position. (*Bourdon* v. *Plaza Operating Co.*, 160 App. Div. 768). Apparently an inadvertent step brought his clothing into contact — an act for which he has only himself to blame. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Charles C. Dearden, Respondent, v. Chandler W. Bluhdorn and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Henry Hunter, Respondent, v. Abner M. Harper, Inc., Appellant.— Judgment and order of the County Court of Orange county affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of Mary Theresa Grant, Deceased.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

N. Charles Kent, Appellant, v. Town of Patterson, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.